# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    -against-<br><br>MORGAN STANLEY & CO. LLC,<br>MORGAN STANLEY SERVICES GROUP INC.,<br>CARMEN GOMEZ, individually,<br>LILY CHAN, individually,<br>JACQUELINE LUCAS, individually,<br>BRIAN DERBY, individually,<br>LISA SWEBERG individually,<br>LAUREN KEIGLER, individually, and<br>MICHAEL GREY, individually,<br><br>    Defendants. | Civil Case No: 18-cv-11528<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion To Compel Arbitration and Stay This Action, as well as exhibits thereto, Defendants Morgan Staley & Co. LLC, Morgan Stanley Services Group Inc., Carmen Gomez, Lily Chen, Jacqueline Lucas, Brian Derby, Lisa Sweberg, Lauren Keigler, and Michael Grey will move this Court, before the Honorable Judge Robert W. Sweet at the Daniel Patrick Moynihan United States Courthouse, Courtroom 18C, 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court.

Dated: March 19, 2019                                     Respectfully submitted,

                                                /s/   *Sam S. Shaulson*
Sam S. Shaulson (NY ID  2611457)
Thomas A. Linthorst (NY ID 3991437)
Kimberley E. Lunetta (NY ID 4421301)
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue
New York, NY 10178-0060
Tel.: 212-309-6000
Fax: 212-309-6001
sam.shaulson@morganlewis.com
thomas.linthorst@morganlewis.com
kimberley.lunetta@morganlewis.com

*Attorneys for Defendants*