# Morgan Lewis

**Kimberley E. Lunetta**
Of Counsel
+1.212.309.6656
kimberley.lunetta@morganlewis.com

March 29, 2019

**VIA ECF**

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21D
500 Pearl Street
New York, NY 10007-1312

Re: **Doe v. Morgan Stanley & Co., LLC, et al.: No. 18-cv-11528**

Dear Judge Cott:

We represent Defendants in the above-referenced matter. We write at Plaintiff's counsel Abe Melamed's request. Plaintiff asks that the Court extend the deadline for Plaintiff to respond to Defendants' pending Motion to Compel Arbitration until May 3, 2019, and set the deadline for Defendants' Reply as May 17, 2019. Defendants consent to this request. Counsel for the parties are available for a conference call, should the Court have any questions or concerns. We thank the Court for its time and attention.

Respectfully submitted,

Kimberley E. Lunetta

c: Abraham Z. Melamed, Esq.

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060        T +1.212.309.6000
United States                    F +1.212.309.6001

DB1/ 103149121.1