# Morgan Lewis

**Kimberley E. Lunetta**
+1.212.309.6656
Kimberley.lunetta@morganlewis.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/19
```

May 14, 2019

**VIA ECF**

Hon. Denise L. Cote, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

Re:   *Mahmoud Latif v. Morgan Stanley et al.*, S.D.N.Y. Case No. 18-cv-11528

Your Honor:

We write on behalf of Defendants Morgan Stanley & Co. LLC, Morgan Stanley Services Group Inc., Carmen Gomez, Lily Chan, Jacqueline Lucas, Brian Derby, Lisa Sweberg, Lauren Keigler, and Michael Gray ("Defendants") in the above-referenced matter. Pursuant to Rule 1(E) of Your Honor's Individual Practices and with the consent of Plaintiff's counsel, we respectfully request that the Court so order the parties' agreed-upon extension of time for Defendants to reply to Plaintiff's First Memorandum of Law in Opposition to Defendants' Motion to Compel Arbitration (Dkt. No. 42) until **May 31, 2019**. Currently, the deadline to respond is **May 17, 2019**.

Defendants have not requested any prior extensions for filing their reply. Further, the current request will not affect any other scheduled dates.

Thank you for Your Honor's consideration.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Kimberley E. Lunetta*
    Kimberley E. Lunetta

101 Park Avenue
New York, New York 10178

*Attorney for Defendants*

APPLICATION GRANTED
SO ORDERED

5/15/19

John G. Koeltl, U.S.D.J.
Part I

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001