UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
MAHMOUD LATIF,                         :
                                       :
                    Plaintiff,         :    18cv11528 (DLC)
                                       :
          -v-                          :    ORDER
                                       :
MORGAN STANLEY & CO. LLC, MORGAN       :
STANLEY SERVICES GROUP, INC., CARMEN   :
GOMEZ, individually, LILY CHAN,        :
individually, JACQUELINE LUCAS,        :
individually, BRIAN DERBY,             :
individually, LISA SWEBERG,            :
individually, LAUREN KEIGLER,          :
individually, and MICHAEL GREY,        :
individually,                          :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   On June 26, this Court issued an Opinion and Order granting the defendants' motion to compel arbitration and staying the above-captioned case pending the outcome of arbitration proceedings.  It is hereby

   ORDERED that the parties shall submit a joint status report by **December 1, 2019.**

Dated:    New York, New York
          June 26, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2019