# Morgan Lewis

**Sam S. Shaulson**
+1.212.309.6718
sam.shaulson@morganlewis.com

February 28, 2020

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:   Mahmoud Latif v. Morgan Stanley & Co. LLC et al.
      Case No. 1:2018-cv-11528

Dear Judge Cote:

The parties in the above-referenced action hereby submit this joint status letter as requested by the Court.  (*See* Dkt. No. 56, Memo Endorsement).

As the Court is aware, this action was filed by Plaintiff Mahmoud Latif on December 10, 2018.  (See Dkt. No. 1.)  On June 26, 2019, the Court issued an Opinion and Order granting Defendants' Motion to Compel Arbitration and staying the case.  (See Dkt. No. 52.)  Plaintiff filed a Notice of Appeal to the Second Circuit Court of Appeals and Defendants filed a Motion to Dismiss the Appeal.

Since the parties' last joint status letter was submitted to this Court on November 26, 2019 (*See* Dkt. No. 55), on December 11, 2019, the Second Circuit denied Plaintiff's Notice of Appeal.  (*See* 2d Cir. Dkt. No. 53).  On January 2, 2020, Plaintiff filed a motion for panel reconsideration and motion for reconsideration *en banc*.  (*See* 2d Cir. Dkt. No. 59).  On January 15, 2020, the Second Circuit issued an Amended Order dismissing the appeal.  (*See* 2d Cir. Dkt. No. 61).  Further, on February 20, 2020, the Second Circuit denied Plaintiff's motion for panel reconsideration or, in the alternative, for reconsideration *en banc*.  (*See* 2nd Cir. Doc. No. 64).

Plaintiff is now considering whether to file a petition for certiorari with the Supreme Court of the United States or to proceed directly to arbitration.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001

Honorable Denise L. Cote
February 28, 2020
Page 2

Respectfully submitted,

<u>*s/ Sam S. Shaulson*</u>
Sam S. Shaulson
Thomas A. Linthorst
Kimberley E. Lunetta
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212.309.6000

*Attorneys for Defendants*

cc: Abraham Zev Wolf Melamed