UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                 :
MAHMOUD LATIF,                            :        18cv11528 (DLC)
                                                 :
                     Plaintiff,              :          <u>ORDER OF</u>
                                                 :          <u>DISCONTINUANCE</u>
-v-                                                 :
                                                 :
MORGAN STANLEY & CO. LLC et al.   :
                                                 :
                     Defendants.            :
                                                 :
---------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 31, 2021.**  If no such application is made by that date, today's dismissal of the action is with prejudice.  See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          December 1, 2021

                                               _____
                                                        DENISE COTE
                                                 United States District Judge